Margaret ABBOTT, Plaintiff in Error,

v.

The STATE of Oklahoma, Defend-
ant in Error.

No. A–14258.

Court of Criminal Appeals of Oklahoma.
June 21, 1967.

Jess Horn, Oklahoma City, for plaintiff in error.

G. T. Blankenship, Atty. Gen., for defendant in error.

NIX, Presiding Judge:

## MEMORANDUM OPINION

Plaintiff in Error, Margaret Abbott plead guilty to the crime of Sale of Intoxicating Liquors to Minors, case #1694, in the District Court of Woodward County and received a sentence of Two Years in the penitentiary to run concurrent with #1693 and #1698.

Since the facts of this case are identical with the companion case, and the rule of law identical; we will simply refer to said companion case, Abbott v. State, Okl.Cr.,

429 P.2d 528, handed down this date; and find that the judgment and sentence should be affirmed, and the attempted appeal dismissed.

BUSSEY and BRETT, JJ., concur.